# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 474 EAL 2021 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the **Unpublished** |
| v. | : | **Memorandum and Order** of the |
| | : | Superior Court at No. 735 EDA 2020 |
| | : | entered on October 1, 2021, |
| REYES A. SALAZAR, | : | **affirming** the Judgment of Sentence |
| | : | of the Philadelphia County Court of |
| Petitioner | : | Common Pleas at No. CP-51-CR- |
| | : | 0009313-2017 entered on January |
| | : | 10, 2020 |

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 475 EAL 2021 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the **Unpublished** |
| v. | : | **Memorandum and Order** of the |
| | : | Superior Court at No. 736 EDA 2020 |
| | : | entered on October 1, 2021, |
| REYES A. SALAZAR, | : | **affirming** the Judgment of Sentence |
| | : | of the Philadelphia County Court of |
| Petitioner | : | Common Pleas at No. CP-51-CR- |
| | : | 0010630-2017 entered on January |
| | : | 10, 2020 |

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 476 EAL 2021 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the **Unpublished** |
| v. | : | **Memorandum and Order** of the |
| | : | Superior Court at No. 737 EDA 2020 |
| | : | entered on October 1, 2021, |
| REYES A. SALAZAR, | : | **affirming** the Judgment of Sentence |
| | : | of the Philadelphia County Court of |
| Petitioner | : | Common Pleas at No. CP-51-CR- |
| | : | 0010631-2017 entered on January |
| | : | 10, 2020 |

# ORDER

**PER CURIAM**

 **AND NOW**, this 5th day of October, 2022, the Petition for Allowance of Appeal is **GRANTED**, limited to the following issue:

> Should this Court rule consistently with its precedent and remand this matter so that [Petitioner] may litigate a constitutional challenge to his SORNA registration?

 The decision of the Superior Court is **VACATED IN PART**, limited to its finding that Petitioner's constitutional challenges to SORNA were waived pursuant to *Commonwealth v. Reslink*, 257 A.3d 21 (Pa. Super. 2020).  We **REMAND** for the Superior Court to apply *Commonwealth v. Thorne*, __ A.3d __, 2022 WL 2231821 (Pa. 2022).  Allocatur is **DENIED** as to the remaining issues.